UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __100 N. 18th Street, Ste. 300, Philadelphia, PA 19103__

Address of Defendant: __206 WEST 77TH STREET, #8W NEW YORK, NY 10024; 24 W 40TH STREET, 2ND FLOOR NEW YORK, NEW YORK, 10018; 7014 13TH AVENUE, SUITE 202 BROOKLYN, NEW YORK, 11228;__

Place of Accident, Incident or Transaction: __Bucks County, Pennsylvania__

---

**RELATED CASE, IF ANY:**

Case Number: __20-6190-KSM__   Judge: __Eduardo C. Robeno__   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes [ ]   No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes [✓]   No [ ]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes [ ]   No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes [ ]   No [✓]

I certify that, to my knowledge, the within case  [ ] is / [●] is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __03/22/2019__    __/s/ Brem Moldovsky/__    __79485__
                        *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.**  *Federal Question Cases:*
  1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
  2. [ ] FELA
  3. [ ] Jones Act-Personal Injury
  4. [ ] Antitrust
  5. [ ] Patent
  6. [ ] Labor-Management Relations
  7. [ ] Civil Rights
  8. [ ] Habeas Corpus
  9. [ ] Securities Act(s) Cases
  10. [ ] Social Security Review Cases
  11. [ ] All other Federal Question Cases
      *(Please specify):* _____

**B.**  *Diversity Jurisdiction Cases:*
  1. [ ] Insurance Contract and Other Contracts
  2. [ ] Airplane Personal Injury
  3. [ ] Assault, Defamation
  4. [ ] Marine Personal Injury
  5. [ ] Motor Vehicle Personal Injury
  6. [ ] Other Personal Injury *(Please specify):* _____
  7. [ ] Products Liability
  8. [ ] Products Liability – Asbestos
  9. [✓] All other Diversity Cases
      *(Please specify):* __Violations of Wiretap Statutes__

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Brem Moldovsky, Esquire__, counsel of record *or* pro se plaintiff, do hereby certify:

[ ]  Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[✓]  Relief other than monetary damages is sought.

DATE: __03/22/2021__    __/s/ Brem Moldovsky/__    __79485__
                        *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*