IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BREM MOLDOVSKY, L.L.C.; and<br>BREM MOLDOVSKY, ESQUIRE<br><br>                    Plaintiffs,<br>    v.<br><br>ANDREW ELLNER;<br>LIGHTBOX VENTURES, LLC;  and<br>LIGHTBOX CAPITAL MANAGEMENT, LLC<br><br>                    Defendants. | CIVIL ACTION<br><br>NO. 2:21-cv-01365<br><br><br>REQUEST FOR DEFAULT |

**TO THE CLERK OF COURT:**

      The undersigned requests pursuant to Fed. R. Civ. Pro. Rule 55(a) and states that 1) each Defendant was properly served on or by May 28, 2021 (see, Affidavits of Service, ECF Docs. ## 3-11); 2) pursuant to Fed. R. Civ. Pro. Rule 12(a)(1)(A)(i) the time for Defendants to file an answer to the Complaint has expired; 3) as of the date of this request, no answer or motion to dismiss or motion for summary judgment has been filed; and so 4) the Plaintiffs respectfully instruct the Clerk to enter a default against Andrew Ellner, Lightbox Ventures, LLC and Lightbox Capital Management, LLC for want of an answer or other defense.

|  |  |
|---|---|
| Dated: June 22, 2021 | BREM MOLDOVSKY, LLC<br><br>by: _____<br>Brem Moldovsky, Esq.<br>100 N. 18th Street, Suite 300<br>Philadelphia, Pa 19103<br>*Counsel for Plaintiffs and Pro se* |
| Dated: _____ | By the Clerk:<br><br>_____<br>*Clerk of Court* |

1