IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BREM MOLDOVSKY, L.L.C.; and<br>BREM MOLDOVSKY, ESQUIRE<br><br>          Plaintiffs,<br>     v.<br><br>ANDREW ELLNER;<br>LIGHTBOX VENTURES, LLC; and<br>LIGHTBOX CAPITAL MANAGEMENT, LLC<br><br>          Defendants. | CIVIL ACTION<br><br>NO. 2:21-cv-01365<br><br><br><br>**CERTIFICATE OF SERVICE** |

    I certify that on June 22, 2021, the foregoing request for default was served on behalf of all Plaintiffs via US Mail upon Defendants as follows:

    Andrew Ellner
    Lightbox Ventures, LLC
    Lightbox Capital Management, LLC
    210 West 77th Street, #8w
    New York, Ny 10024;

    Lightbox Ventures, LLC
    United States Corporation Agents, Inc.
    7014 13th Avenue, Suite 202
    Brooklyn, New York, 11228; and

    Lightbox Capital Management, LLC
    24 W 40th Street, 2nd Floor
    New York, New York, 10018.

Dated: June 22, 2021

BREM MOLDOVSKY, LLC

by: ____*Brem Moldovsky*____
Brem Moldovsky, Esq.
100 N. 18th Street, Suite 300
Philadelphia, Pa 19003
*Counsel for Plaintiffs and Pro se*