IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BREM MOLDOVSKY, L.L.C., and<br>BREM MOLDOVSKY, ESQUIRE,<br><br>        Plaintiffs,<br><br>   v.<br><br>ANDREW ELLNER,<br>LIGHTBOX VENTURES, LLC,<br>and LIGHTBOX CAPITAL<br>MANAGEMENT, LLC,<br><br>        Defendants. | Case No.<br>2:21-cv-01365-ER |

## O R D E R

Upon consideration of the motion of Defendants, Andrew Ellner, Lightbox Ventures LLC and Lightbox Capital Management, LLC (collectively, "Defendants"), to dismiss the Complaint, pursuant to Federal Rules 12(b)(2) and 12(b)(6), **IT IS HEREBY ORDERED THAT:** Defendants' Motion is **GRANTED**, and the Complaint is dismissed, in its entirety, with prejudice.

BY THE COURT:

_____
Robreno, U.S.D.J.