## **CERTIFICATE OF SERVICE**

I, Clifford E. Haines, attorney for Defendants, hereby certify that true and correct copies of the foregoing Motion to Dismiss, Pursuant to Federal Rules 12(b)(2) and 12(b)(6), with accompanying memorandum of law, accompanying affidavits and/or declarations, and proposed Order, were served on the following counsel for Plaintiffs, by electronic filing with the Court.

>Brem Moldovsky, Esquire
>BREM MOLDOVSKY, LLC
>100 N. 18th Street
>Suite 300
>Philadelphia, PA 19103

Dated: June 28, 2021

*Clifford E. Haines*
CLIFFORD E. HAINES
I.D. No. 09882
The Widener Building, 5th Floor
1339 Chestnut Street
Philadelphia, PA 19107
Tel.   (215) 246-2200
Fax:   (215) 246-2211